# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**Edwin N. Gonzalez**

                V.

John Doe , Tamayo , R. Bates , Y. Rettagliatta , Fred Hector , M.D. Payton , S J Ryan, P.D. Vera , N Grannis , L. E. Scribner, D Dexter,Preciado

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**  07cv1962-W(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court overrules Plaintiff's objection , adopts the Report in its entirety, and grants Defendants' motion to dismiss. Because the Court has already afforded Plaintiff several opportunities to amend his complaint, the Court dismisses this case in its entirety as to all Defendants without leave to amend…….
…………………………………………………………………………………………………………………………………

| September 20, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON September 20, 2010 |